ACCEPTED
01-15-00573-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 10:54:46 AM
CHRISTOPHER PRINE
CLERK

# Wauson ♦ Probus

A Professional Corporation
ATTORNEYS AT LAW

**JOHN WESLEY WAUSON**
jwwauson@w-plaw.com
BOARD CERTIFIED, Civil Trial Law
Texas Board of Legal Specialization

COMERICA BANK BUILDING
ONE SUGAR CREEK CENTER BLVD., SUITE 880
SUGAR LAND, TEXAS 77478
(281) 242-0303 - Telephone
(281) 242-0306 - Telecopier

**MATTHEW B. PROBUS**
mbprobus@w-plaw.com
Also licensed in the Commonwealth
of Massachusetts

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/24/2015 10:54:46 AM

CHRISTOPHER A. PRINE
Clerk

July 24, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

> Re: Case No. 01-15-00573-CV
> Princess Properties Limited Partnership and Cole International, Inc.
> v.
> Vexapak L.L.C., Antonio Gonzalez Cortex aka Antonio Gonzalez Jr. aka Antonio
> D. Gonzalez aka Antonio D. Gonzalez Cortes and Antonio Gonzalez Cardenas

Dear Sir / Madam:

This letter is filed in order to make the payment of the filing fee for the appeal of the above-captioned matter.

If you have any questions, please let us know.

Very truly yours,

*//s// John Wesley Wauson*

John Wesley Wauson
For the Firm